UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
GABRIEL JUAREZ, TRINIDAD GUZMAN
and TITO JENEY, on behalf of themselves and                    17-CV-04543 (RJD)(VMS)
all others similarly situated,

                    Plaintiff,
   -against.-                                                   **NOTICE OF APPEARANCE**

BARTO RESTAURANT CORP., d/b/a
Bartolino's Restaurant, and BARTOLOMEO PUCCIO,

                    Defendants.
----------------------------------------------------------------------X

To the Clerk of This Court and All Attorneys of Record:

      PLEASE TAKE NOTICE that the undersigned hereby appears as an attorney for defendants in the above-captioned action and certifies that I am admitted to practice in this Court.


Dated: April 6, 2018
       Forest Hills, New York

                                                                      /S/
                                                   Arthur H. Forman
                                                   98-20 Metropolitan Avenue
                                                   Forest Hills, New York 11375
                                                   (718) 268-2616

                                                   *Attorney for Defendants*