UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
GABRIEL JUAREZ, TRINIDAD GUSMAN
and TITO JENEY, on behalf of themselves and          17-CV-04543 (RJD)(VMS)
all others similarly situated,

                            Plaintiff,                              CONSENT TO
                                                                     CHANGE ATTORNEY

   -against.-

BARTO RESTAURANT CORP., d/b/a
Bartolino's Restaurant, and BARTOLOMEO PUCCIO,

                            Defendants.
-------------------------------------------------------------------X

      IT IS HEREBY CONSENTED THAT ARTHUR H. FORMAN, ESQ., located at 98-20 Metropolitan Avenue, Forest Hills, New York 11375 be substituted as attorney of record for the undersigned parties in the above entitled action in place and stead of the undersigned attorney as of the date hereof.

J.L. RUSSO P.C.

By: _____
John L. Russo, Esq.    Date
Outgoing Attorneys for Defendants

_____ 4/3/18
ARTHUR H. FORMAN, ESQ.    Date
Incoming Attorney for Defendants

SAMUEL & STEIN

By: _____ 4/9/18
Ruchama Cohen, Esq.    Date
Attorneys for Plaintiffs

BARTO RESTAURANT CORP.

By: _Bartolomeo Puccio_ 4/3/18    _Bartolomeo Puccio_ 4/3/18
Bartolomeo Puccio, Pres    Date    Bartolomeo Puccio    Date
Defendant    Defendant

State of New York, )
County of Queens   ) ss:

On the 3rd day of April, in the year 2018, before me personally came Bartolomeo Puccio to me known to me to be the same person described in and who executed the foregoing consent and acknowledged to me that they executed the same.

                                                NOTARY PUBLIC

SO ORDERED:

                                        ARTHUR H FORMAN
                                  NOTARY PUBLIC, STATE OF NEW YORK
                                            NO. 02FO4787414
                                    QUALIFIED IN QUEENS COUNTY
                                  MY COMMISION EXPIRES SEPTEMBER 30, 2021